SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
mccoy@seyfarth.com
Clara L. Rademacher (SBN 355494)
crademacher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
RELX INC. and LEXIS-NEXIS RISK
SOLUTIONS FL INC.

*[Additional counsel on following page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MCARTHUR, an individual,<br><br>                              Plaintiff,<br><br>          v.<br><br>RELX INC, a Delaware Corporation, LEXIS-NEXIS RISK SOLUTIONS FL INC., a Minnesota Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV-25-06120-SK<br><br>[Assigned for all purposes to: Hon. Steve Kim, Ctrm. 540]<br><br>**JOINT STIPULATION TO CONTINUE LAST DATE FOR HEARING ON DISPOSITIVE MOTIONS**<br><br>Action Filed:        June 3, 2025<br>Action Removed:   July 7, 2025<br>Trial Date:          November 3, 2026 |

1

JOINT STIPULATION TO CONTINUE ALL PRETRIAL DEADLINES

Additional counsel:

**RANEN KHADEMI PC**
Jeffrey S. Ranen (SBN 224285)
  JRanen@atticuslawgroup.com
Parisa Khademi (SBN 271897)
  PKhademi@atticuslawgroup.com
Margaret R. Wright (SBN 312272)
  MWright@atticuslawgroup.com
12121 Wilshire Boulevard, Suite 810
Los Angeles, CA 90025
Telephone: (213) 789-6549

**JOSHUA KLUGMAN, ESQ.**
Joshua Klugman (SBN: 236905)
  joshua@discriminationlawyerla.com
9538 Pico Blvd, No. 200
Los Angeles, California 90035
Telephone: (424) 248-5148

Attorneys for Plaintiff
NICHOLAS MCARTHUR

JOINT STIPULATION TO CONTINUE ALL PRETRIAL DEADLINES

Plaintiff NICHOLAS MCARTHUR ("Plaintiff") and Defendants RELX INC. and LEXIS-NEXIS RISK SOLUTIONS FL INC. ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby STIPULATE and AGREE, as follows:

WHEREAS, on June 3, 2025, Plaintiff filed his Complaint in the above-captioned matter in Los Angeles County, Case Number 25STCV16091;

WHEREAS on July 7, 2025, Defendants removed this matter to this Court, pursuant to the provisions of 28 U.S.C. 1332(a) and 1441(a)-(b);

WHEREAS, on August 11, 2025, Plaintiff filed his Second Amended Complaint, the operative Complaint in this matter;

WHEREAS on August 27, 2025, Defendants answered Plaintiff's Second Amended Complaint;

WHEREAS, the Parties have diligently litigated this matter and have been cooperating with each other in the discovery process including the taking of depositions of Plaintiff and third-party witnesses, exchange of written discovery, production of documents including electronically-stored information, with additional depositions still pending;

WHEREAS, pursuant to the Court's Scheduling Order dated February 26, 2026 (ECF No. 29), the current last date for hearing on dispositive motions is July 21, 2026, however according to the Court's Closed Motion Dates the Court is unavailable for hearing until July 29, 2026, and Plaintiff has requested to take least two additional depositions;

WHEREAS, the Parties previously requested a trial continuance in this matter (ECF No. 28);

WHEREAS, in light of the current pre-trial dates and resulting briefing schedule (including Defendant's anticipated summary judgment motion that will be on or by Tuesday, June 23, 2026), the Court's unavailability, and depositions that still need to be taken, the Parties believe and agree that the following dates and deadlines

3

should be continued as follows, with no modification to the remainder of the pre-trial and trial calendar as set forth in the Court's Scheduling Order (ECF No. 29):

| Event | Court's February 26, 2026 Pretrial Scheduling Order | Proposed Date |
|---|---|---|
| Last day for hearing on dispositive motions | July 21, 2026 | July 29, 2026 |
| Defendants' deadline to file dispositive motion | | June 23, 2026 |
| Plaintiff's deadline to file opposition to Defendants' dispositive motion (21 days before hearing date per L.R. 7-9) | | July 8, 2026 |
| Defendants' deadline to file reply in support of dispositive motion (14 days before hearing per L.R. 7-10) | | July 15, 2026 |

IT IS SO STIPULATED.


DATED:    6/18/2026             **RANEN KHADEMI PC**

By: _____
JEFFREY S. RANEN
PARISA KHADEMI
MARGARET R. WRIGHT
Attorneys for Plaintiff NICHOLAS MCARTHUR

4

DATED: June 18, 2026

**SEYFARTH SHAW LLP**

By: _____
RYAN MCCOY
CLARA L. RADEMACHER
Attorneys for Defendants RELX INC. and
LEXIS-NEXIS RISK SOLUTIONS FL INC.

JOINT STIPULATION TO CONTINUE ALL PRETRIAL DEADLINES