UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MCARTHUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RELX INC., a Delaware Corporation, LEXIS-NEXIS RISK SOLUTIONS FL INC., a Minnesota Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06120-SK<br><br>**~~PROPOSED~~ ORDER RE: JOINT STIPULATION TO CONTINUE LAST DATE FOR HEARING ON DISPOSITIVE MOTIONS** |

1

Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders the following dates and deadlines be set as follows:

| Event | Court's February 26, 2026 Pretrial Scheduling Order | New Date |
|---|---|---|
| Last day for hearing on dispositive motions | July 21, 2026 | July 29, 2026 |
| Defendants' deadline to file dispositive motion | | June 23, 2026 |
| Plaintiff's deadline to file opposition to Defendants' dispositive motion (21 days before hearing date per L.R. 7-9) | | July 8, 2026 |
| Defendants' deadline to file reply in support of dispositive motion (14 days before hearing per L.R. 7-10) | | July 15, 2026 |

**IT IS SO ORDERED.**

Dated: June 18, 2026

_____

Hon. Steve Kim

United States Magistrate Judge

2